# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy D Cropper, | No. CV-19-05618-PHX-GMS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| David Shinn, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Leroy D. Cropper's motion to amend the briefing schedule in this case. (Doc. 16.) Respondents do not object. (Doc. 18 at 2.) Good cause appearing,

**IT IS ORDERED** granting the motion. The briefing schedule is amended as follows:

1. Petitioner shall file an amended petition no later than **March 25, 2021**.
2. Respondents shall file an answer to the amended petition no later than **June 25, 2021**. Respondents are not required to file a response to the petition filed September 25, 2020.
3. Petitioner shall file a reply no later than **August 24, 2021**.
4. Petitioner shall file any notice of request for evidentiary development no later than **October 25, 2021**.
5. Respondents shall file a response to any notice of request for evidentiary development no later than **November 24, 2021**.

6. Petitioner shall file a reply to the response to any notice of request for evidentiary development no later than **December 9, 2021.**

Dated this 29th day of October, 2020.

_____
G. Murray Snow
Chief United States District Judge