**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy D. Cropper, | No. CV-19-05618-PHX-GMS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| Ryan Thornell,[1] et al., | |
| Respondents. | |

Pending before the Court is Petitioner Leroy D. Cropper's Unopposed Motion for Stay and Abeyance and for Authorization to Represent Petitioner in State Court. (Doc. 92.) Citing the United States Supreme Court's recent decision in *Cruz v. Arizona*, 598 U.S. ___, 143 S. Ct. 650 (2023), Petitioner seeks an order staying and holding in abeyance the current federal habeas proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), so that he may present unexhausted Claim 2 in state court. Petitioner also asks the Court to authorize the Federal Public Defender for the District of Arizona ("FPD") to represent him in the related state court proceedings.

For the reasons stated in Petitioner's motion, the Court finds that the requirements for a stay under *Rhines* have been satisfied. (*See* Doc. 92 at 7–13.) Claim 2, alleging a violation of Petitioner's right to a parole ineligibility instruction under *Simmons v. South*

---

[1] Under Federal Rule of Civil Procedure 25(d), Ryan Thornell, the Director of the Arizona Department of Corrections, Rehabilitation & Reentry, is substituted for the former Director, David Shinn.

1  *Carolina*, 512 U.S. 154 (1994), is not plainly meritless; good cause exists for Petitioner's
2  failure to exhaust the claim; and Petitioner has not been dilatory in seeking a stay.
3        The Court will also grant Petitioner's request for the FPD to represent him in
4  pursuing Claim 2 in state court. *See Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009)
5  ("Pursuant to [18 U.S.C.] § 3599(e)'s provision that counsel may represent her client in
6  'other appropriate motions and procedures,' a district court may determine on a case-by-
7  case basis that it is appropriate for federal counsel to exhaust a claim in the course of her
8  federal habeas representation.").
9        Accordingly,
10       **IT IS ORDERED** that Petitioner's motion seeking a stay and abeyance of his
11 federal habeas proceedings (Doc. 92) is **GRANTED**.
12       **IT IS FURTHER ORDERED** authorizing Petitioner's federal habeas counsel, the
13 Federal Public Defender for the District of Arizona, to represent Petitioner in state
14 postconviction proceedings to exhaust Claim 2.
15       **IT IS FURTHER ORDERED** directing Petitioner to file notice with the Court or
16 move for other appropriate relief within 30 days of the conclusion of the state court
17 proceedings.
18       Dated this 24th day of May, 2023.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge